| | |
|---|---|
| 1 | **QUILL & ARROW, LLP** |
| | Kevin Y. Jacobson (SBN 320532) |
| 2 | kjacobson@quillarrowlaw.com |
| 3 | 10880 Wilshire Blvd., Suite 1600 |
| | Los Angeles, CA 90024 |
| 4 | Telephone: (310) 933-4271 |
| 5 | Facsimile: (310) 889-0645 |
| 6 | |
| | Attorney for Plaintiffs, |
| 7 | **ARMANDO MATA AND NATALIA MATA** |
| 8 | **SHOOK HARDY & BACON, LLP** |
| | Amy Patricia Maclear |
| 9 | amaclear@shb.com |
| 10 | 555 Mission Street Suite 2300 |
| | San Francisco, CA 94105 |
| 11 | Telephone: 415-544-1900 |
| 12 | Facsimile: 415-391-0281 |
| 13 | |
| | **SHOOK HARDY BACON, LLP** |
| 14 | Nykeemah C. McClendon |
| 15 | nmcclendon@shb.com |
| | 2049 Century Park East, Suite 3000 |
| 16 | Los Angeles, CA 90067 |
| 17 | Telephone: 424-285-8330 |
| | Facsimile: 424-204-9093 |
| 18 | |
| 19 | Attorneys for Defendant, |
| 20 | **FORD MOTOR COMPANY** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO MATA, an individual, and NATALIA MATA, an individual, | Case No.: 5:23-cv-01185-MEMF-RAO |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO DISMISS** |
| FORD MOTOR COMPANY, a Delaware Corporation, | |
| Defendants. | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiffs, ARMANDO MATA and NATALIA MATA, and Defendant, FORD MOTOR COMPANY, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:  May 2, 2024          **SHOOK HARDY & BACON LLP**

By:   */s/Nykeemah McClendon*
Amy P. Maclear, Esq.
Nykeemah C. McClendon, Esq.
Attorneys for Defendant,
**FORD MOTOR COMPANY**

Dated:  May 2, 2024          **QUILL & ARROW, LLP**

By:   */s/Kevin Y. Jacobson*
Kevin Y. Jacobson, Esq.
Attorney for Plaintiffs,
**ARMANDO MATA**
**NATALIA MATA**